IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ETHEL TATUM, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 3:12cv110-WHA |
| | )                (wo) |
| ADT SECURITY SERVICES, INC.; et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Strike (Doc. #17), filed on March 9, 2012, it is hereby

ORDERED that the Defendants shall show cause, if any there be, **on or before March 16, 2012**, why the motion should not be granted. The motion will be taken under submission on that day for determination without oral argument.

DONE this 12th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE